U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20186-02 |
| VS. | : | JUDGE MINALDI |
| ALBERT BERNARD WOOLRIDGE | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memoandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255 [doc. 286] filed by Albert Bernard Woolridge IS DENIED.

Lake Charles, Louisiana, this 3 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE